**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 06-56217 |
| | : | |
| SALYER, TIMOTHY MEADE | : | Chapter 7 |
| SALYER, LYNN ANN | : | |
| Debtor. | : | Judge C. Kathryn Preston |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $135.34 represents the total sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| HSBC Auto Finance<br>P.O. Box 60130<br>City of Industry, CA  91716 | 12 | $135.34 |

| Total Unclaimed/Small<br>Dividends $25.00 or Under | Total Unclaimed Dividends<br>Over $25.00 |
|---|---|
| $0.00 | $135.34 |

Dated:  June 4, 2010

/s/ David M. Whittaker
David M. Whittaker, Trustee   (0019307)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH  43215
Phone:  (614) 227-2355
Fax:  (614) 227-2390
Email:  dwhittaker@bricker.com

cc:     United States Trustee

3818836v1

Claim 000012, Payment 7.7245%

**BANK OF AMERICA, N.A.**

CHECK NUMBER **112**

DAVID M. WHITTAKER, CH 7 TRUSTEE
100 SOUTH THIRD STREET
COLUMBUS, OH 43215

32-1/1110 TX 0

| DATE | AMOUNT |
|---|---|
| 06/04/10 | *********135.34 |

**2385282**
PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 06-56217    CKP | Debtor: SALYER, TIMOTHY MEADE<br>Joint Debtor: SALYER, LYNN ANN |

UNITED STATES BANKRUPTCY COURT
170 NORTH HIGH STREET
COLUMBUS OH 43215

*One Hundred Thirty Five Dollars And 34/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000112⑈ ⑆111000012⑆ 4437409652⑈

| Date: 06/04/10 | Check Number:  112 | Amount:  135.34 |
|---|---|---|
| Case Number:  06-56217    CKP<br>Debtor Name:  SALYER, TIMOTHY MEADE | | |

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>170 NORTH HIGH STREET<br>COLUMBUS OH 43215 | Trustee: | DAVID M. WHITTAKER, CH 7 TRUSTEE<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH 43215 |
|---|---|---|---|

Description:  Claim 000012, Payment 7.7245%

Bank Account Number:  4437409652